IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIE TANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCHEDULE A DEFENDANTS,<br><br>　　　　　Defendants. | Civil Case No.: 2:25-cv-01850 |

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the law of the United States that on December 17, 2025, I served a copy of the following:

**TEMPORARY RESTRAINING ORDER; ORDER RESTRAINING ASSETS AND MERCHANT STOREFRONTS; ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND ORDER AUTHORIZING EXPEDITED DISCOVERY**

upon all Defendants by emailing the same to all Schedule A defendants' email addresses as provided by Paypal, Inc. and Defendants online stores' websites. I did not receive any notice of non-delivery of my emails.

1

Date: December 26, 2025                    Respectfully submitted,

 

_____

Oscar Lam
*CA Process Server, Clerk to Attorney Zheng "Andy" Liu*
1660 S Amphlett Blvd., Suite 315, San Mateo, CA 94402
Tel.: 626-550-7922
Email: hkoscarlam@gmail.com