IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIE TANG,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SCHEDULE A DEFENDANTS,<br><br><br>　　　　　　Defendants. | Civil Case No.: 2:25-cv-01850 |

**MOTION FOR PRAECIPE TO ISSUE SUMMONS**

Plaintiff Jie Tang requests that the clerk of this Court issue the attached Summons.

Date: December 30, 2025　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　____/s/ Zheng "Andy" Liu_____
　　　　　　　　　　　　　　　　　　Zheng "Andy" Liu (CBN 279327)
　　　　　　　　　　　　　　　　　　Aptum Law
　　　　　　　　　　　　　　　　　　1660 S Amphlett Blvd Suite 315
　　　　　　　　　　　　　　　　　　San Mateo, CA 94402
　　　　　　　　　　　　　　　　　　Email: Andy.Liu@AptumLaw.us
　　　　　　　　　　　　　　　　　　Phone: 650-475-6289

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*