IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIE TANG,<br><br>            Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>            Defendants. | Civil Case No.: 2:25-cv-01850 |

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the law of the United States that on December 17, 2025, I, or someone acting under my direction, served a copy of the following:

**TEMPORARY RESTRAINING ORDER; ORDER RESTRAINING ASSETS AND MERCHANT STOREFRONTS; ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND ORDER AUTHORIZING EXPEDITED DISCOVERY**

upon all Defendants by emailing the same to all Schedule A defendants' email addresses as provided by Paypal, Inc. and on Defendant online stores' websites. I did not receive any notice of non-delivery of my emails.

1

2

Date: December 30, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　____/s/ Zheng "Andy" Liu_____
　　　　　　　　　　　　　　　　　　　　　Zheng "Andy" Liu (CBN 279327)
　　　　　　　　　　　　　　　　　　　　　Aptum Law
　　　　　　　　　　　　　　　　　　　　　1660 S Amphlett Blvd Suite 315
　　　　　　　　　　　　　　　　　　　　　San Mateo, CA 94402
　　　　　　　　　　　　　　　　　　　　　Email: Andy.Liu@AptumLaw.us
　　　　　　　　　　　　　　　　　　　　　Phone: 650-475-6289

　　　　　　　　　　　　　　　　　　　　　***Attorneys for Plaintiff***