Marjorie Ouyang, Esq. (SBN 314334)
Valley & Summit Law
One Park Plaza, Suite 600
Irvine, CA 92641
Tel: (949) 342 8013
E-Mail: Marjorie.ouyang@valleysummitlaw.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## Western District of Pennsylvania (Pittsburgh)

| | |
|---|---|
| JIE TANG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　Defendants. | Case No. 2:25-cv-01850-CCW<br><br>**NOTICE OF APPEARANCE OF MARJORIE OUYANG ON BEHALF OF DEFENDANT**<br><br>Honorable Judge Christy Criswell Wiegand |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Marjorie Ouyang of Valley & Summit Law, hereby enters an appearance as counsel for Defendant in the above-referenced action. Please serve said counsel with all pleadings and notices in this action.

　　　Marjorie Ouyang, Esq. (SBN 314334)
　　　Valley & Summit Law
　　　One Park Plaza, Suite 600
　　　Irvine, CA 92641
　　　Tel: (949) 342 8013
　　　E-Mail: Marjorie.ouyang@valleysummitlaw.com

DATED: December 30, 2025

*Marjorie Ouyang*

_____
Marjorie Ouyang
Attorney for Defendant,

CERTIFICATE OF SERVICE

I, Marjorie Ouyang, hereby certify that, on December 30, 2025, I electronically filed NOTICE OF APPEARANCE OF MARJORIE OUYANG ON BEHALF OF DEFENDANT with the Clerk for the United States District Court Western District of Pennsylvania (Pittsburgh) using the CM/ECF system, which constitutes service on all counsel of record.

DATED: December 30, 2025

*Marjorie Ouyang*

_____
Marjorie Ouyang
Attorney for Defendant