UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIE TANG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　　Defendants. | Case No. 2:25-cv-01850-CCW<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE OPPOSITION TO ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION OUT OF TIME**<br><br>Honorable Judge Christy Criswell Wiegand |

　　　　Defendants respectfully move the Court for leave to file their Opposition to Plaintiff's Order to Show Cause Re Preliminary Injunction out of time.

　　　　Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), the Court may, for good cause, extend a deadline after it has expired where the failure to act resulted from excusable neglect.

　　　　The brief delay in filing Defendants' Opposition was neither intentional nor the result of bad faith or dilatory conduct. This matter arose from an ex parte temporary restraining order and an order to show cause regarding preliminary injunctive relief, and Defendants appeared promptly after becoming aware of the action. Given the expedited nature of the proceedings and the extraordinary relief at issue, Defendants prepared a substantive Opposition addressing the continuation of injunctive relief that currently restrains Defendants' business operations and assets.

Importantly, granting leave will not prejudice Plaintiff. The preliminary injunction hearing remains scheduled for January 6, 2026, and Plaintiff retains a full opportunity to address Defendants' arguments at the hearing. Allowing the Opposition to be filed will ensure that the Court considers the request for preliminary injunctive relief on a fully adversarial record, consistent with principles of equity and due process.

In light of the limited delay, the absence of prejudice, and the strong judicial preference for resolving requests for extraordinary injunctive relief on a complete record, Defendants respectfully request that the Court grant leave to file their Opposition out of time.

Dated: January 2, 2026

*Marjorie Ouyang*

_____

Marjorie Ouyang

Attorney for Defendant

**PROOF OF SERVICE**
*TANG v. SCHEDULE A DEFENDANTS*
CASE NO: 2:25-cv-01850-CCW

I, the undersigned, state that I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is One Park Plaza, Suite 600, Irvine, CA 92614.

On January 2, 2026, I served the foregoing document described as the **DEFENDANTS' MOTION FOR LEAVE TO FILE OPPOSITION TO ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION OUT OF TIME** on the following person(s) in the manner indicated in the Attachment to Proof of Service:

Zheng Liu
Aptum Law
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
650-475-6289

[x] (BY UNITED STATES MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at addresses set forth herein, by depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid, or by placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[ ] (BY ELECTRONIC TRANSMISSION) I served electronically from the electronic notification address of thomas.huang@valleysummitlaw.com the documents described above and a copy of this declaration to the person and at the electronic notification address set forth herein. The electronic transmission was reported as complete and without error.

[ ] (BY FAX TRANSMISSION) On this date, at the time indicated on the transmittal sheet, attached hereto, I transmitted from a fax transmission machine the document described above and a copy of this declaration to the person, and at the fax transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the fax transmission machine.

[ ] (VIA MESSENGER / PERSONAL DELIVERY) I served the documents by placing them in an envelope of package addressed to the persons at the addresses set forth herein,

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on January 2, 2026, at Los Angles, California.

_____/s/Thomas Huang_____
Thomas Huang

**DEFENDANT'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION**

3