# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JIE TANG,<br><br>                   Plaintiff,<br>   v.<br><br>SCHEDULE A DEFENDANTS,<br><br><br>               Defendants. | Civil Case No.: 2:25-cv-01850<br><br><br><br><br><br>**FILED UNDER SEAL** |

## SUPPLEMENTAL DECLARATION OF JIE TANG

I, JIE TANG, declare and state as follows:

1. This supplemental declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. On December 4, 2023, I applied for registration for the Works-at-issue; about three months later, on March 19, 2024, the Copyright Office granted my registration.

3. Since August 2024, Plaintiff has offered for sale products bearing the Campbell Stadium and Beaver Stadium designs registered in United States Copyright Registration No. VAu 1-521-593 on such online platform as FanaticsSport.com.

4. In May 2025, a business associate of mine discovered Defendants' infringement activities using an anti-piracy software. To conduct a good faith pre-suit investigation, on May 22, 2025, we bought the Accused Products but did not receive them until June 2025.

5. A true and correct copy of the purchase history of the Accused Products is attached to this declaration as **Exhibit A**.

6. Because I reside in China, I spent the next months locating U.S. counsel who could file the copyright infringement suit, preparing the pleadings, motion papers, and supporting declarations.

7. Before filing suit, my lawyer and I also verified that the Accused Products were still for sale.

8. A true and correct copy of the order confirmation pages showing the Accused Products were still available before we applied for the TRO is attached to this declaration as **Exhibit B**.

9. I have been diligent in and never intended to delay protecting my copyright ownership against Defendants.

10. The similarity between my copyrighted design and Defendants' designs have caused and will continue to cause market confusion, leading customers to associate their interaction with Defendants' Accused Products to the wrong

manufacturer (for example, me or my license). Such incorrect association has damaged and will continue to damage my reputation, value, and goodwill. None of these damages can be adequately remedied at law.

11. I will continue to suffer immediate and irreparable injury, loss, or damage if a preliminary injunction is not issued.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Date: January 5, 2026                              Respectfully submitted,


_____
Jie Tang

# EXHIBIT A





tapather.com/cart

Hello, and thanks for stopping by!

If you're interested in a custom order, please send me a message, and I'll help if I can!

5% OFF Code: WELCOME

*Tapather*
Professional Embroidery Studio

HOME    COUPLES    MAMA/FAMILY    ALBUM    LOCATIONS/PLACES

English ∨     USD ∨

## Cart

| Product | | Quantity | Price |
|---------|---|----------|-------|
| ✕ | Penn State Stadium Crewneck Sweatshirt | 1 | $35.80 |

🚚 Spend **$23.20** more and get free shipping!

60.69%

Subtotal          **$35.80**

**Check out**

Taxes and shipping calculated at checkout

© 2025 tapather



tapather.com/checkout/811891-TA000718?step=contact_information

Information > Shipping > Payment

Express checkout

**PayPal**

OR

## Contact

Already have an account? Login

Email
orderyuanyuan@outlook.com

☑ Email me with news and offers

## Shipping address

Your address will only be used for order delivery.

Country/Region
United States

First Name
Smith

Last Name
Tony

Street address & house number
21 MacNamee St

Apartment, suite, building, floor... (optional)

City/Town
Plainsboro

State
New Jersey

ZIP code (optional)
08536-2077

+1 605 307 7973

☑ Save this information for next time.

**Continue to shipping**

---

Penn State Stadium Crewneck
Sweatshirt
Color: White
Size: Unisex L

$35.80

Gift Card / Coupon Code

Apply

Subtotal                    $35.80

🚚 Shipping          Calculate later

**Total:**          USD **$35.80**





Order ID: TA00071822

## Your order is confirmed

**Shipping information**

Smith Tony
orderyuanyuan@outlook.com
+1 605 307 7973
21 MacNamee St
Plainsboro New Jersey 08536-2077 United States
Standard Shipping

View Orders

Continue Shopping

tapather.com/checkout/811891-TA00071822/thank_you?step=checkout_result&orderId=811891-TA00071822









❤️ Father's Day Sale ⬆️ UP TO 50% OFF 🟦 Duty Free

HOME    ❤️ GIFT FOR MOM 💗    ☆ GIFT FOR DAD ☆    ❤️ VALENTINE'S DAY 💗    🏈 GAME DAY 🔴    🎁 GIFT FOR KIDS    ✏️ EMBROIDERED SHIRT

🔍 SEARCH    English ˅    🇺🇸 USD ˅    👤 ACCOUNT    🛒 CART

Continue shopping

# Cart

**Your cart is reserved for 53s !**

Florida State Stadium Crewneck Sweatshirt

Style: Crewneck
Color: Black
Size: Unisex L

− 1 +

$35.80

Add order note ✎

🚚 Buy **$24.20** more to enjoy FREE Shipping
**59.67%**

**Total:** **$35.80**

**Check out**

Taxes and shipping calculated at checkout

## Goes great with

Baseball Glitter Sweatshirt
$39.99 $59.99
−$20.00
SALE

Football Glitter Sweatshirt
$39.99 $59.99
−$20.00
SALE

Softball Glitter Sweatshirt
$39.99 $59.99
−$20.00
SALE

Volleyball Glitter Sweatshi...
$39.99 $59.99
−$20.00
SALE

## Recently viewed



giftyhubs.com/cart

GiftyHubs



giftyhubs.com/checkout/1378635-GH000903157?step=contact_information

GiftyHubs

Information > Payment

Express checkout

**PayPal**

OR

Already have an account? Login

**Contact**

Email
luckyJackducky1995@gmail.com

☐ Email me with news and offers

**Shipping address**
Your address will only be used for order delivery.

Country/Region
United States

First Name (optional)

Last Name
Jack

Street address & house number
21 macnamee street

Apartment, suite, building, floor... (optional)

City/Town
Plainsboro

State
New Jersey

ZIP code (optional)
08536

+1 585 551 1315

☐ Save this information for next time.

**Shipping method**

Standard Shipping ($6.99)

---

Florida State Stadium Crewneck
Sweatshirt                          $35.80
Style:  Crewneck
Color:  Black
Size:  Unisex L

Gift Card / Coupon Code        Apply

Subtotal                        $35.80

🚚 Shipping                     + $6.99

**Total:**              USD **$42.79**



giftyhubs.com/checkout/1378635-GH00090315?step=payment_method

GiftyHubs

Information > Payment

**Payment method**
All transactions are secure and encrypted.

PayPal

You will be redirected to PayPal or credit/debit card to complete your purchase securely.

Credit & Debit Card

G Pay  Google Pay

< Return

**PayPal**

Florida State Stadium Crewneck Sweatshirt    $35.80
Style: Crewneck
Color: Black
Size: Unisex L

Gift Card / Coupon Code        Apply

Subtotal          $35.80
Shipping        + $6.99

Total:    USD  $42.79



Order ID: GH00090315

# Your order is confirmed

**Shipping information**

Jack
luckyjacklucky1995@gmail.com
+1 585 551 1315
21 macranee street
Plainsboro New Jersey 08536 United States
Standard Shipping

View Orders

Continue Shopping





giftyhubs.com/order/1378635-GH00090315

GiftyHubs

English ∨   USD ∨   ACCOUNT   CART

**Active**
Your package will be shipped out ASAP

**Product Detail**

Florida State Stadium Crewneck Sweatshirt
Style: Crewneck
Color: Black
Size: Unisex L

| | Price | Quantity | Total |
|---|---|---|---|
| | $35.80 | x1 | $35.80 |

**Shipment Status**

Awaiting shipment

Contact    Jack +1 585 551 1315
luckyjacklucky1995@gmail.com

Shipping address    21 macmanee street Plainsboro New
Jersey 08536 United States

Billing address    21 macmanee street Plainsboro New
Jersey 08536 United States
Jack

**Order Details**

| | |
|---|---|
| Total | $42.79 |
| Subtotal | $35.80 |
| Discount | -$0.00 |
| Shipping Cost | $6.99 |
| Tip | $0.00 |
| Duty | $0.00 |
| Sales Tax | $0.00 |
| Freight Tax | $0.00 |

Order ID    GH00090315
Order time    2025-05-22 12:14:05
Shipment Status    Awaiting shipment
Payment Status    Paid
Payment method    paypal - $42.79

**Customer Care**

Privacy Policy
Terms of Service
Refund Policy
Shipping Policy
About US

**We accept**

**Get in touch**

service@giftyhubs.com

# EXHIBIT B



Information > Payment

| Contact | gongsistation@gm ail.com | New | Change |

<div style="border: 2px solid red;">

Ship to    1735 E Carson St, Pittsburgh
Pennsylvania 15203-1705 United
States

</div>

## Shipping method

Free Shipping (Free)     ›

## Special instruction

Special instruction (optional)

Continue to payment





**Florida State...**    **$179.00**

Style: Crew neck

Color: White

Size: Unisex L

Gift Card / Coupon Code    Apply

Subtotal    **$179.00**

🚚 Shipping    **Free**

Total:    USD **$179.00**

# tapather

Information > Shipping > Payment



Contact    gongsistation@gmail.com   New   Change

Ship to   1735 E Carson St, Pittsburgh Pennsylvania 15203-1705 United States

## Shipping method



○ Free Shipping        **Free**

○ Express Shipping       $17.98

## Special instruction

Special instruction (optional)

‹ Return       Continue to payment



**Penn State Stadium...**   **$179.00**

Color: Sport Gray

Size: Unisex L

Gift Card / Coupon Code       Apply

Subtotal       **$179.00**

🚚 Shipping       **Free**

Total:    USD **$179.00**

# tapather

**Information** › Shipping › Payment

Contact    gongsistation@gmail.com    New    Change

Ship to    1735 E Carson St, Pittsburgh Pennsylvania 15203-1705 United States

## Shipping method



○ Free Shipping      Free

○ Express Shipping      $17.98

## Special instruction

Special instruction (optional)

‹ Return     Continue to payment





Florida State...     $179.00

5

Color: Sand

Size: Unisex S

Gift Card / Coupon Code     Apply

Subtotal     $179.00

🚚 Shipping     Free

Total:    USD **$179.00**



**Information** > Payment

| Contact | gongsistation@gm New  Change |
| --- | --- |
| | ail.com |
| Ship to | 1735 E Carson St, Pittsburgh |
| | Pennsylvania 15203-1705 United |
| | States |

## Shipping method

Free Shipping (Free)                          >

## Special instruction

Special instruction (optional)

Continue to payment





5

**Penn State**    **$179.00**
**Stadium...**

Style:  Crew
neck

Color:  Whit
e

Size:  Unise
x L

Gift Card /          Apply
Coupon Code

Subtotal                    **$179.00**

🚚 Shipping                    **Free**

**Total:**    USD  **$179.00**