UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIE TANG,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 2:25-cv-01850-CCW<br><br>**DEFENDANTS' MOTION TO APPEAR REMOTELY**<br><br>Honorable Judge Christy Criswell Wiegand |

    Defendants, by and through their counsel of record, respectfully move the Court for an Order permitting counsel to appear remotely at the Show Cause Hearing regarding the Preliminary Injunction scheduled for January 6, 2026 at 1:00 p.m. in Courtroom 9B.

    Good cause exists for this request. Counsel is currently experiencing a temporary illness due to a recent flu infection and related symptoms, which make in-person appearance impracticable at this time. Counsel remains fully prepared to proceed with the hearing and can appear remotely by video or telephone, as the Court prefers.

    This request is limited solely to the mode of appearance and is made to allow the hearing to proceed as scheduled without prejudice to any party or disruption to the Court's calendar.

Dated: January 5, 2026

*Marjorie Ouyang*

_____
Marjorie Ouyang
Attorney for Defendants