IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIE TANG,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SCHEDULE A DEFENDANTS,<br><br><br>　　　　　　Defendants. | Civil Case No.: 2:25-cv-01850-CCW |

**MOTION FOR PRELIMINARY INJUNCTION**

In connection with this Court's December 12, 2025 Orders, Plaintiff now moves this Court for an Order granting the Motion for a Preliminary Injunction against Defendant Longyan Blue Whale Information Technology Co., Ltd. doing business as GiftyHubs.com, Tapather.com, Emilyma Limited, and Nextsuss Limited (collectively, the "Defendants"). The legal support for this motion is contained in the Memorandum of Law. The evidence supporting this motion is contained in the Declaration of Jie Tang and Zheng Liu, Supplemental Declaration of Jie Tang, and the exhibits attached thereto. A proposed Order affirmatively granting the relief sought herein is filed herewith.

///

///

1

Date: January 6, 2026                           Respectfully submitted,


    /s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CBN 279327)
Aptum Law
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*