IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIE TANG,<br><br>        Plaintiff,<br><br>    v.<br><br>LONGYAN BLUE WHALE INFORMATION TECHNOLOGY CO. d/b/a Ltd EMILYMA LIMITED, TAPATHER/GIFTY HUBS, NEXTSUSS LIMITED, TAPATHER.COM,<br><br>        Defendants. | 2:25-CV-01850-CCW |

**MINUTE ENTRY**
**JANUARY 6, 2026 ORDER TO SHOW CAUSE HEARING**
Before Judge Christy Criswell Wiegand

Appearing for Plaintiff:
Zheng Liu, Esq.

Appearing for Defendant:
Mingzi Ouyang, Esq.

Conference Began:   1:01 p.m.

Conference Ended:   2:25 p.m.

Adjourned to:         Not applicable

Stenographer:         Sharon Siatkkowski

Law Clerk:            Marie Nercessian
Courtroom Deputy:     Brian Wright

**SUMMARY OF PROCEEDINGS:**

The Court held a hearing on its order to show cause why a preliminary injunction should not issue. An appropriate order will follow.

cc (via ECF email notification):

All Counsel of Record