UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JIE TANG,

    Plaintiff,

v.

THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No. 2:25-cv-01850-CCW

**DDECLARATION OF ZHIYUN JIANG**

Honorable Judge Christy Criswell Wiegand

**DECLARATION OF ZHIYUN JIANG**

I, Zhiyun Jiang, declare as follows:

1. I am the Marketing Manager of Longyan Blue Whale Information Technology Co., Ltd. ("Longyan Blue Whale" or "Defendant"). In this role, I am familiar with Defendant's online storefront operations and sales records. I have personal knowledge of the facts stated in this Declaration and, where stated, such facts are based on my review of Defendant's business records maintained in the ordinary course of business.

2. Defendant operates online storefronts under the names "Tapather" and "GiftyHubs."

3. The information set forth below reflects the number of orders for the products identified herein during the period from 2023 through 2025, based on my review of Defendant's sales records.

4. With respect to the Tapather storefront, sales of the Penn State Stadium Crewneck Sweatshirt totaled twenty-six (26) orders during the period from 2023 through 2025, consisting of twenty-four (24) orders in 2023, one (1) order in 2024, and one (1) order in 2025. Sales of the Florida State Stadium Crewneck Sweatshirt through the Tapather

storefront totaled thirty-one (31) orders during the same period, consisting of twenty-nine (29) orders in 2023, one (1) order in 2024, and one (1) order in 2025.

5. With respect to the GiftyHubs storefront, there were no sales of the Penn State Stadium Crewneck Sweatshirt from 2023 through 2025. There were no sales of the Florida State Stadium Crewneck Sweatshirt from 2023 through 2024, and only two (2) orders of that product were made in 2025.

6. I make this Declaration in support of Defendant's filings in this action.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on January 7, 2026, at_____, China.

Zhiyun Jiang<br>
Marketing Manager<br>
Longyan Blue Whale Information Technology Co., Ltd.

**PROOF OF SERVICE**
Case No.   2:25-cv-01850-CCW

I, the undersigned, state that I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is One Park Plaza, Suite 600, Irvine, CA 92614.

On January 7, 2026, I served the foregoing document described as the DECLARATION OF ZHIYUN JIANG on the following person(s) in the manner indicated in the Attachment to Proof of Service:

Zheng Liu
Aptum Law
1660 South Amphlett Blvd., Suite 315, San Mateo, CA 94402
(650) 475-6289
bjliuzheng@gmail.com

[ ] (BY UNITED STATES MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at addresses set forth herein, by depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid, or by placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[x] (BY ELECTRONIC TRANSMISSION) I served electronically from the electronic notification address of thomas.huang@valleysummitlaw.com the documents described above and a copy of this declaration to the person and at the electronic notification address set forth herein. The electronic transmission was reported as complete and without error.

[ ] (BY FAX TRANSMISSION) On this date, at the time indicated on the transmittal sheet, attached hereto, I transmitted from a fax transmission machine the document described above and a copy of this declaration to the person, and at the fax transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the fax transmission machine.

[ ] (VIA MESSENGER / PERSONAL DELIVERY) I served the documents by placing them in an envelope of package addressed to the persons at the addresses set forth herein,

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on January 7, 2026, at Irvine, California.

_____/s/Thomas Huang_____
Thomas Huang