1

2

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

3    JIE TANG,                                   Case No. 2:25-cv-01850-CCW

4              Plaintiff,                          **SUPPLEMENTAL DECLARATION OF**
                                                   **ZHIYUN JIANG IN OPPOSITION TO**
5    v.                                            **PLAINTIFF'S MOTION FOR**
                                                   **PRELIMINARY INJUNCTION**
6    LONGYAN BLUE WHALE
     INFORMATION TECHNOLOGY CO.,                   Honorable Judge Christy Criswell Wiegand
7    LTD., d/b/a EMILYMA LIMITED,
     TAPATHER, GIFTY HUBS,
8    NEXTSUSS LIMITED, and
     TAPATHER.COM,

9              Defendant.

10

11         I, Zhiyun Jiang, declare as follows:

12         1. I am the Marketing Manager of Longyan Blue Whale Information Technology Co., Ltd.

13            ("Longyan Blue Whale" or "Defendant"). In this role, I am familiar with Defendant's

14            online storefront operations and sales records. I have personal knowledge of the facts

15            stated in this Declaration and, where stated, such facts are based on my review of

16            Defendant's business records. I am authorized by Defendant to submit this Declaration on

17            its behalf.

18         2. In connection with the products at issue in this action, Defendant operates online

19            storefronts under the names "Tapather" and "GiftyHubs," which are accessible at

20            https://www.tapather.com/ and https://www.giftyhubs.com/, respectively.

21         3. Based on my personal involvement in Defendant's product development and launch

22            activities, Defendant completed the creation of the designs used on the Florida State

23            Stadium Crewneck Sweatshirt and the Penn State Stadium Crewneck Sweatshirt at issue

24            in this case and publicly listed these two products for sale on its Tapather storefront in

25                                             1

4.  August 2023. As reflected in Defendant's backend publication and order records, both products were made available for purchase and were sold to customers beginning in August 2023. These events occurred well before Plaintiff applied for copyright registration, obtained a copyright registration, or began offering products bearing the same designs for sale, as described in Plaintiff's submissions. As described further below, Defendant's backend publication and order records reflect these dates and related sales activity.

5.  In addition, beginning in approximately September through October 2023, I observed multiple third-party sellers offering apparel products online that were visually identical or nearly identical to Defendant's designs. Based on the timing and appearance of such products in the marketplace, Defendant believes that its designs were copied by other sellers, notwithstanding the fact that Defendant did not register a copyright for those designs.

**Tapather Storefront – Product Listings and Orders**

6.  With respect to the Tapather storefront, records maintained in the Shoplazza backend system — the third-party e-commerce platform used by Defendant to manage its independent storefronts—reflect that the Penn State Stadium Crewneck Sweatshirt was published on the Tapather storefront at 22:46:37 (UTC+8, China Standard Time) on August 24, 2023, and that the Florida State Stadium Crewneck Sweatshirt was published on the Tapather storefront at 00:48:48 (UTC+8, China Standard Time) on August 25, 2023. Screenshots of these backend publication records are attached as **Exhibit A**.

7.  In addition, backend order records maintained through the Shoplazza platform reflect that the products identified by Plaintiff were first ordered by customers in August 2023.

Specifically, the earliest recorded customer order for the Penn State Stadium Crewneck Sweatshirt was placed on August 26, 2023, and the earliest recorded customer order for the Florida State Stadium Crewneck Sweatshirt was placed on August 28, 2023. These backend timestamps confirm that the products were publicly listed and available for purchase well before Plaintiff sought emergency injunctive relief in this action. Screenshots of the corresponding backend order records are attached as **Exhibit B**.

8.  Backend order records maintained through Shoplazza further reflect that sales of the Penn State Stadium Crewneck Sweatshirt through the Tapather storefront totaled twenty-six (26) orders during the period from 2023 through 2025, consisting of twenty-four (24) orders in 2023, one (1) order in 2024, and one (1) order in 2025. Screenshots of these order records are attached as **Exhibit C**.

9.  The same backend order records reflect that sales of the Florida State Stadium Crewneck Sweatshirt through the Tapather storefront totaled thirty-one (31) orders during the same period, consisting of twenty-nine (29) orders in 2023, one (1) order in 2024, and one (1) order in 2025. Screenshots of these order records are attached as **Exhibit D**.

**GiftyHubs Storefront – Orders**

10. With respect to the GiftyHubs storefront, Shoplazza backend order records reflect that there were no sales of the Penn State Stadium Crewneck Sweatshirt from 2023 through 2025. Screenshots of these records are attached as **Exhibit E**.

11. The same backend order records reflect that there were no sales of the Florida State Stadium Crewneck Sweatshirt from 2023 through 2024, and that only two (2) orders of that product were made in 2025. Screenshots of these records are attached as **Exhibit F**.

12. These figures reflect the entirety of Defendant's sales of the identified products during the

1   relevant period.

2   **Current Status of Products on Both Storefronts**

3   13. As of the date of this Declaration, the above-referenced products have been removed

4   from active listings on both independent storefronts. Specifically, the products do not

5   appear in the search results when using the "Search Products" function on the Tapather

6   website or the "Search" function on the GiftyHubs website.

7   14. As a result, customers are unable to locate or purchase these products through either

8   website. The product pages have not been deleted for record-keeping purposes. When

9   accessed directly through their URLs, the pages display a "sold out" status, indicating that

10  the products are not available for purchase. Representative screenshots of these publicly

11  accessible product pages are attached as **Exhibit G** (Tapather) and **Exhibit H**

12  (GiftyHubs).

13  **PayPal Account and Reserve Mechanisms**

14  15. The company uses PayPal as a third-party payment service provider for customer

15  transactions. PayPal administers business accounts pursuant to its own internal

16  compliance and risk-management policies.

17  16. Following the issuance of the temporary restraining order in this action, the PayPal

18  business account associated with Defendant became subject to comprehensive account

19  restrictions, such that Defendant is currently unable to withdraw or otherwise use any

20  funds reflected in the account.

21  17. PayPal's reserve mechanisms are a standard feature of its business accounts and are

22  imposed pursuant to PayPal's internal risk-management policies, irrespective of any

23  court-ordered restriction. These reserve mechanisms are designed to ensure that sufficient

24

1      funds are available to cover potential liabilities, including chargebacks, customer disputes,

2      or payment reversals.

3  18. Funds subject to a PayPal reserve remain the merchant's property; however, such funds

4      are placed under PayPal's control and cannot be withdrawn by the merchant while the

5      reserve is in effect. PayPal may impose different types of reserves, including a minimum

6      reserve, which requires a specified amount of funds to be maintained in the account

7      balance, and a rolling reserve, under which a percentage of incoming transactions is held

8      and released on a delayed, rolling basis according to PayPal's internal schedule.

9  19. As reflected in the PayPal account records attached as **Exhibit I**, USD 71,357.06 of the

10     account balance is designated as subject to PayPal's reserve requirements and would not

11     be available for withdrawal even under normal account conditions. Of this amount,

12     approximately USD 50,000 constitutes a minimum reserve imposed by PayPal that is

13     required to remain frozen in the account balance on an ongoing basis and is not eligible

14     for withdrawal unless the PayPal account is formally closed and a release of funds is

15     approved by PayPal. Even in that event, PayPal's policies require a waiting period of up

16     to 180 days before any portion of the minimum reserve may be released. The remaining

17     portion of the reserved funds consists of rolling reserves that are held and released on a

18     delayed, rolling basis pursuant to PayPal's internal policies. As a result, a substantial

19     portion of the funds associated with the PayPal account is placed under PayPal's control

20     and is unavailable for Defendant's use, notwithstanding the fact that such funds remain

21     Defendant's property.

22  20. PayPal's official explanation of its reserve practices is attached as **Exhibit J**.

**Operational Impact of Account Restrictions**

21. Due to the current restricted status of the PayPal account, Defendant is unable to withdraw funds or process customer refunds through PayPal, and the account is limited to receiving incoming payments only subject to PayPal's restrictions. To avoid the risk of further restrictions or additional amounts being frozen, Defendant has suspended PayPal payment acceptance altogether.

22. As a result, Defendant's business operations have effectively been halted, as Defendant is unable to complete normal customer transactions or resolve after-sale matters. In addition, because refunds cannot be issued directly during the restricted period, certain customer orders have been subject to automatic full refunds processed by PayPal upon expiration, resulting in additional financial losses to Defendant.

   I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on January 9, 2026, at Fujian, China.


Zhiyun Jiang
Marketing Manager
Longyan Blue Whale Information Technology Co., Ltd

SUPPLEMENTAL DECLARATION OF ZHIYUN JIANG IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

# Exhibit  A





# Exhibit  B





# Exhibit  C



# Exhibit  D



# Exhibit  E



# Exhibit  F



# Exhibit  G





# Exhibit  H





# Exhibit  G



# Exhibit  J

2026/1/8 13:52                                     What are reserves? | PayPal C2

☰ Menu                                                                                      Log In

Help Center - Personal Account

🔍 Search questions, keywords, or topics

Home   Payments and Transfers   Payment holds

Home                                              Personal        **Business**

Payments and Transfers

Disputes and Limitations                          # What are reserves?

My Account                                        An account reserve is an amount of money set aside in your PayPal account to help make sure that
                                                  you're able to meet any liabilities you may incur from a chargeback, claim or bank reversal, where
My Wallet                                         no other money is available. The money is still yours, but you can't use or withdraw it for now.

Login & Security                                  Usually, if you have a reserve on your account and receive a chargeback or dispute, we'll deduct
                                                  that amount from your available balance. However, if you go out of business or stop processing
Seller Tools                                      PayPal payments, we'll use any reserve to cover future payment reversals.

                                                  There are 2 types of reserves we may place on your business PayPal account: **rolling reserves** and
                                                  **minimum reserves** (one or combination of both at the same time).

                                                  A **rolling reserve** is a reserve where a percentage of each transaction you receive each day is held
                                                  and then released later, on a scheduled basis. For example, your reserve could be set at 10% and
                                                  held for a 90-day rolling period. It means 10% of the money you receive on day 1 is held and then
                                                  released on day 91, 10% of the money you receive on day 2 is held until day 92, etc. Rolling
                                                  reserves are the most common type of reserve.

                                                  A **minimum reserve** is a specific minimum amount of money that you're required to keep available
                                                  in the balance of your business PayPal account. We may hold money until it reaches a set amount,
                                                  or hold it all at once—this is called an upfront reserve.

                                                  If your business improves, we may lower or remove your reserve.


                                     ## Was this article helpful?                              Yes        No


                                     ## Related topics

                                     Why is my money being held in reserve?

                                     Why is my payment on hold or unavailable?

                                     What is PayPal.Me?

😊 **If you accept cookies, we'll use them to improve and customize your experience and enable our partners to show you personalized PayPal ads when you visit other sites. Manage cookies and learn more**

Accept        Decline                                                                          ✕

# More ways we can help

**Resolution Center**
Fix transaction and account related issues

**Tax center**
Get your 1099-K and other tax info here

**Business Help**
Get help with using any of our PayPal products

**Technical Help**
Find out how PayPal works for your business

**Message Center**
Send, receive, and view your PayPal messages

How are we doing?     Take our survey

简体中文 |

Help   Contact   Fees   Security   Shop

About   Newsroom   Jobs   Developers   Partners

© 1999–2026   Accessibility   Privacy   Cookies   Legal

PayPal Pte. Ltd. is licensed by the Monetary Authority of Singapore as a Major Payment Institution under the Payment Services Act 2019.

If you accept cookies, we'll use them to improve and customize your experience and enable our partners to show you personalized PayPal ads when you visit other sites. Manage cookies and learn more

2026/1/8 13:53                                          Why is my money being held in reserve? | PayPal C2

☰ Menu                                                                                              Log In

Help Center - Personal Account

🔍 Search questions, keywords, or topics

Home   Payments and Transfers   Payment holds

Home                              Personal    Business

Payments and Transfers

Disputes and Limitations          ## Why is my money being held in reserve?

My Account                        We may place a reserve on your business PayPal account to cover potential financial losses that
                                  may occur from chargebacks and disputes. This practice helps us to create a safer shopping
My Wallet                         experience.

Login & Security                  When we place or review a reserve on an account, we consider several factors, such as:

Seller Tools                      - How long you've had your PayPal account
                                  - How long you've been in business
                                  - Your processing history with PayPal and other providers
                                  - Whether your industry has a higher likelihood of chargebacks or refunds
                                  - Whether your account has an elevated number of customer claims and disputes
                                  - Your business and/or personal credit history
                                  - Whether you're selling products or services in advance (preselling orders)
                                  - Your delivery time frames

                                  Reserves may be a necessity throughout your relationship with PayPal. Preventing reserves isn't
                                  always possible, and depending on your industry and your credit history, you might never be able
                                  to fully remove a reserve from your account.

                                  Some best practices to follow to reduce the likelihood of having a reserve are:

                                  - Ship promptly and give your customers valid tracking information through PayPal, so they
                                    know when to expect delivery.
                                  - Communicate early and often with your buyers and let them know about any changes,
                                    delays, or other important information.
                                  - Monitor your buyer complaint rates regularly and try to keep complaint rates below 1% of
                                    your sales.
                                  - Avoid long refund times, which can lead to complaints from unsatisfied customers.

                                  We review reserves **within 180 days** of placement. Based on the improvements to your business
                                  performance, we can remove the reserve from your account or adjust the reserve amount.


                                  ## Was this article helpful?                                    Yes    No


                                  ## Related topics

                                  What are reserves?

                                  Why is my payment on hold or unavailable?                                            ✕

Accept    Decline                 What does the status of my payment or money request mean on my PayPal account?



Why is my money being held in reserve? | PayPal C2

New PayPal account – payments on hold and accessing your money quicker

How can I release my payment(s) on hold?

# More ways we can help

**Resolution Center**
Fix transaction and account related issues

**Tax center**
Get your 1099-K and other tax info here

**Business Help**
Get help with using any of our PayPal products

**Technical Help**
Find out how PayPal works for your business

**Message Center**
Send, receive, and view your PayPal messages

How are we doing?     Take our survey

简体中文

Help    Contact    Fees    Security    Shop

About    Newsroom    Jobs    Developers    Partners

© 1999–2026    Accessibility    Privacy    Cookies    Legal

PayPal Pte. Ltd. is licensed by the Monetary Authority of Singapore as a Major Payment Institution under the Payment Services Act 2019.