# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIE TANG, | Case No. 2:25-cv-01850-CCW |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION TO DISSOLVE PRELIMINARY INJUNCTION** |
| LONGYAN BLUE WHALE INFORMATION TECHNOLOGY CO., LTD., d/b/a EMILYMA LIMITED, TAPATHER, GIFTY HUBS, NEXTSUSS LIMITED, and TAPATHER.COM, | Honorable Judge Christy Criswell Wiegand |
| | Complaint Filed: December 1, 2025 |
| Defendant. | |

Defendant LONGYAN BLUE WHALE INFORMATION TECHNOLOGY CO., LTD., by and through its counsel, hereby moves this Court to dissolve the Preliminary Injunction entered on January 9, 2026 (ECF No. 47), pursuant to Federal Rule of Civil Procedure 60(b)(5).

As set forth in the accompanying Brief in Support of this Motion and the Supplemental Declaration of Zhiyun Jiang (Dkt. 49-1), continued enforcement of the Preliminary Injunction is no longer equitable in light of a materially expanded factual record now before the Court.

WHEREFORE, Defendant respectfully requests that the Court dissolve the Preliminary Injunction and grant such other and further relief as the Court deems just and proper.

Dated: January 31, 2026

*Marjorie Ouyang*
_____
Marjorie Ouyang

Attorney for Defendant