**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JIE TANG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LONGYAN BLUE WHALE INFORMATION TECHNOLOGY CO., LTD., d/b/a EMILYMA LIMITED, TAPATHER, GIFTY HUBS, NEXTSUSS LIMITED, and TAPATHER.COM,<br><br>　　　　Defendant. | Case No. 2:25-cv-01850-CCW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISSOLVE PRELIMINARY INJUNCTION**<br><br>Honorable Judge Christy Criswell Wiegand<br><br>Complaint Filed: December 1, 2025 |

Upon consideration of Defendant's Motion to Dissolve Preliminary Injunction (ECF No. 47), the accompanying Brief in Support thereof, the Supplemental Declaration of Zhiyun Jiang (Dkt. 49-1), and the entire record in this matter, the Court finds that continued enforcement of the Preliminary Injunction entered on January 9, 2026 is no longer equitable within the meaning of Federal Rule of Civil Procedure 60(b)(5).

Accordingly, Defendant's Motion to Dissolve Preliminary Injunction is GRANTED.

The Preliminary Injunction entered on January 9, 2026 (ECF No. 47) is hereby DISSOLVED in its entirety.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　Honorable Christy Criswell Wiegand

　　　　　　　　　　　　　　　　　　United States District Judge