IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIE TANG,<br><br>             Plaintiff,<br><br>     v.<br><br>EMILYMA LIMITED d/b/a TAPATHER/GIFTY HUBS, NEXTSUSS LIMITED d/b/a TAPATHER.COM,<br><br>             Defendants. | 2:25-CV-01850-CCW |

**MINUTE ENTRY**
**FEBRUARY 5, 2026 INITIAL CASE MANAGEMENT CONFERENCE**
Before Judge Christy Criswell Wiegand

Appearing for Plaintiff:     Appearing for Defendant:
Zheng Liu, Esq.              Marjorie Ouyang, Esq.

Conference Began:  9:06 a.m.      Adjourned to:        Not applicable

                                  Stenographer:        Not applicable
Conference Ended:  9:14 a.m.

                                  Law Clerk:           Marie Nercessian
                                  Courtroom Deputy:    Brian Wright

**SUMMARY OF PROCEEDINGS:**

The Court held an initial case management conference in the above-captioned case. Appropriate orders will follow.

cc (via ECF email notification):

All Counsel of Record