# EXHIBIT A

## Partner Han Zhi - Guangdong Zhongkuan Law Firm

**Professional Experience**

Attorney Han Zhi possesses extensive practical experience in capital markets, financial compliance, and cross-border e-commerce intellectual property. He has held key positions at several prominent enterprises:

- Shanghai MiHoYo Network Technology Co., Ltd. (Genshin Game): Served as Legal Manager, focusing on legal affairs in the internet technology industry.
- A Shenzhen-based Securities Investment Consulting Co., Ltd.: Served as Legal Manager and Board Secretary, familiar with securities market regulation and corporate governance.
- A Guangdong Financial Asset Exchange Center: Served as Head of Risk Control and Compliance, specializing in financial transaction compliance and risk management.

**Professional Qualifications**

Core Practice Areas

- Corporate Law: Corporate governance, duties and liabilities of directors, supervisors, and senior management, investor rights protection.
- U.S. Intellectual Property: Cross-border intellectual property litigation, intellectual property protection on e-commerce platforms.
- Civil and Commercial Dispute Resolution: Disputes related to equity fund investments, securities compliance conflicts, etc.

**Industry Focus**

- Securities and Private Equity Funds: Fund establishment, investment compliance, legal affairs for listed companies.
- MT Industry (Technology, Media, Telecommunications)**: Compliance for internet products, data security, etc.
- China Cross-Border E-commerce: Intellectual property strategy, response to overseas litigation, platform rule compliance.

**Service Value**

Leveraging years of experience in corporate legal affairs and financial compliance, Attorney Han Zhi provides end-to-end legal support—from risk prevention to dispute resolution—with particular expertise in integrating financial regulation and cross-border intellectual property matters.

leohan2011.com

**Contact Information:**

Email: hz8364@Gmail.com

Phone: +86 177-2783-8642

WeChat: 17727838642

Address:

Room 906A, 9th Floor, New World Center,

6009 Yitian Road, Futian District,

Shenzhen, Guangdong Province, China

