# EXHIBIT C

 **Help Center**

🌐 **Shoplazza.com**      **Submit a request**      **English (US)** ⌄      Free trial

**Point of Sale**

**Store Launch**

**Migrate to Shoplazza**

**Eyewear**

**Payment and Tax**

**Cash on Delivery**

**Online Store**

**Sales Channels**

Orders

All orders

📄 Orders | Section Overview

📄 Orders | Manually create an order

📄 Orders | Viewing and editing order details

📄 Orders | Sending invoices to your customers

Hi. Need any help?



Help Center

🌐 Shoplazza.com     **Submit a request**     English (US) ⌄     Free trial

📄 Orders | Fulfilling your orders

📄 Orders | Fulfilling part of an order

📄 Orders | Creating a refund or return on cash on delivery orders

📄 Orders | Refunding your unfulfilled orders

📄 Orders | Restocking your inventory

📄 Orders | Sending shipping confirmation

📄 Orders | Import tracking numbers for bulk fulfillment

📄 Orders | Bulk shipping and Shipping updates

📄 Orders | Exporting your orders

📄 Orders | Archiving completed orders

Abandoned checkouts

After sales

Disputes

Others

**Products**

**Customers**

**Marketing and Promotions**

 **Help Center**

🌐 **Shoplazza.com**    **Submit a request**    **English (US)** ⌄    Free trial

**Add App**

**Account Management**

**Settings**

**Partners**

**Top Searches**

**Draft**

Shoplazza Help Center  ›  Orders  ›  **All orders**

# Orders | Viewing and editing order details

The **Order details page** in your Shoplazza admin provides access to key order information, including customer info, payment method, shipping address, and order status. Use this page to manage editable fields, add internal notes, and track order updates.



**Help Center**

🌐 **Shoplazza.com**    **Submit a request**    **English (US)** ⌄    Free trial

1. **Open the order details page.** Go to **Orders** > **All orders** in your **Shoplazza admin**, then click the order number to open the details page**.**







2. **Review order overview information:** The order details page displays key order data in a structured layout. This includes:

- Order status, timestamps, and internal tags.

- Payment method, shipping plan, and delivery address.



Help Center     🌐 Shoplazza.com     Submit a request     English (US) ⌄     Free trial

- Fraud analysis and conversion tracking details.
- Full timeline of order activity and system emails.





Help Center                          🌐 Shoplazza.com      Submit a request      English (US) ⌄          Free trial





Help Center                                      🌐 Shoplazza.com      Submit a request      English (US) ⌄      Free trial



4. **Order notes:** Use the **Notes** button to add internal comments or reminders for your team.





**Help Center**     🌐 **Shoplazza.com**     **Submit a request**     **English (US)** ⌄     Free trial



5. **Tags:** Add or remove order tags to organize and filter orders.

- Click **Add tags** to create a new tag.

- Click **X** beside a tag to remove it.



**Help Center**

🌐 **Shoplazza.com**    **Submit a request**    **English (US)** ▾    Free trial



 **Help Center**

Shoplazza.com    Submit a request    English (US) ⌄    Free trial



6. **Customer contact:** Click the envelope icon to send an email directly to the customer.



**Help Center**

Shoplazza.com    Submit a request    English (US) ⌄    Free trial







7. **Timeline:** Review all order-related activity. Use the **Resend** button to send confirmation or shipping update emails again.



Help Center

Shoplazza.com    Submit a request    English (US) ⌄    Free trial



**8. More actions:**

- Click **Cancel order** to stop processing an unfulfilled order.

- **Copy order number** to duplicate or reference the current order elsewhere.



**Help Center**

🌐 **Shoplazza.com**    **Submit a request**    **English (US)** ⌄    Free trial



**Additional information available**



Help Center                    🌐 Shoplazza.com    Submit a request    English (US) ⌄    Free trial





3. **Payment and shipping details:** View the payment method, provider, delivery method, and shipping plan.



Help Center                Shoplazza.com     Submit a request     English (US) ▾     Free trial



4. **Tracking information: If** the order is fulfilled, click the tracking number to check the status or refresh updates.



Help Center                          🌐 Shoplazza.com     Submit a request     English (US) ⌄      Free trial



The order details page provides the tools you need to review and edit key order information. Use this page to update deliver



Help Center

Shoplazza.com    Submit a request    English (US) ⌄    Free trial

Was this article helpful?

0 out of 2 found this helpful

👍  👎

Prev                                                      Next

## Comments

0 comments

Article is closed for comments.

Type your question here...

© Shoplazza Help Center

## Table of contents

Order details and editable fields

Additional information available