IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIE TANG,<br><br>　　　　　Plaintiff,<br>　v.<br><br>SCHEDULE A DEFENDANTS,<br><br>　　　　　Defendants. | Civil Case No.: 2:25-cv-01850-CCW |

DECLARATION OF ZHENG LIU IN OPPOSITON TO
MOTION TO DISSOLVE PRELIMINARY INJUNCTION WITH ACCOMPANYING
REQUEST FOR ORAL ARGUMENT AND EVIDENTIARY HEARING

**I, Zheng "Andy" Liu, declare as follows,**

1. I am the counsel of record for Plaintiff Jie Tang in the matter captioned Tang v. Schedule A, No. 25-cv-1850 (WDPA filed December 1, 2025). The following statements are based on my personal knowledge, and I am competent to testify to the matters stated herein.

2. As the Court may recall, a person claiming to be Ms. Jiang testified at the January 6, 2026 preliminary injunction hearing. Back then, on Defendant's direct examination, Ms. Jiang asserted in great details about (1) how a prior

1

design on TikTok would invalidate Plaintiff's copyrighted designs, and (2) how she determined the total number of infringing products sold.

3. On cross examination, however, Ms. Jiang first could not recall the name of her current employer (which is supposed by Defendant Longyan) and then refused to respond to any Plaintiff's questions altogether, representing that she simply does not speak English.

4. Having seen Ms. Jiang's habit of providing one-side testimony on direct examination followed by her blanket assertion of not understanding the English language at all on the cross examination, the Court discredited Ms. Jiang's January 6, 2026 testimony and issued the current injunction.

5. As the Court may also recall, the January 6, 2026 preliminary injunction hearing, Ms. Jiang provided a "prior design on TikTok" that, according to Ms. Jiang, would pre-date and thus invalidate Plaintiff's copyrighted designs.

6. On Defendant's direct examination, Ms. Jiang asserted in great details about (1) the creation date of that prior design on TikTok, and (2) how "identical" it was to Plaintiff's copyrighted designs.

7. On cross examination, however, Ms. Jiang failed to provide any details about how she discovered that prior design on TikTok. For example, the location of the webpage on which the screenshot was taken, when the screenshot was

taken, by whom, at where, using what device, and how the screenshot mysteriously made its way to Ms. Jiang.

8. Normally, whichever party that discovers such a smoking gun would scream at the top of her lung and offer the smoking gun evidence to the Judge at the earliest opportunity possible. Right?

9. Not Ms. Jiang or the Defendant. Instead, Defendant's opposition (ECF 35) filed merely days before the preliminary injunction hearing *never* mentioned this smoking gun evidence (the screenshot) once. This begs the question how Ms. Jiang discovered this smoking gun evidence merely days before the preliminary injunction hearing but never brought it to the Court's attention until the last minute it looked that the Court was going to grant the preliminary injunction.

10. After the preliminary injunction hearing, Plaintiff engaged a China IP litigation expert Mr. Han to investigate Defendant's smoking gun evidence (the screenshot). Mr. Han's expert opinion was that Defendant's screenshot was forged. ECF 44-1.

11. Since then, Plaintiff has informally and formally requested a copy of Defendant's smoking gun evidence (the screenshot), Defendant refused to provide any copy. Liu Decl. Exhibits A-B.

12. A true and correct copy of the emails showing Defendant's refusal to provide

3

of Defendant's smoking gun evidence (the screenshot) is attached hereto as **Exhibit A**.

13. A true and correct copy of the emails showing sets of discovery propounded by Defendant is attached hereto as **Exhibit B**.

Date: February 10, 2026                              Respectfully submitted,


                                                                        /s/ Zheng "Andy" Liu
                                                                    Zheng "Andy" Liu

                                                                    *Attorneys for Plaintiff*