# EXHIBIT A



Andy Liu <bjliuzheng@gmail.com>

## Service of Defendant's Responses to Plaintiff's Discovery Requests

Liu, Zheng <bjliuzheng@gmail.com>    Tue, Feb 3, 2026 at 4:42 PM
To: Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
Cc: Thomas Huang <thomas.huang@valleysummitlaw.com>, hkoscarlam <hkoscarlam@gmail.com>

the stadium design on a tik tok page.

Defendant showed only one screenshot to the Judge during the PI hearing. it is not that hard.

On Tue, Feb 3, 2026 at 4:41 PM Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com> wrote:
> Which screenshots are you talking about?
>
> Can you highlight the texts referencing the screenshots? We thought we attached all the exhibits.
> **Marjorie Ouyang | Founding Partner**
> (949) 342 8013 Direct
> marjorie.ouyang@aliothlaw.com
>
> **One Park Plaza, Irvine, CA 92614**
>
> 
>
> **CONFIDENTIALITY NOTICE:** The information contained in this e-mail message is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Opinions, conclusions and other information in this message that do not relate to the official business of Valley & Summit Law shall be understood as neither given, nor endorsed by it.
>
>> On Feb 3, 2026, at 5:37 PM, Liu, Zheng <bjliuzheng@gmail.com> wrote:
>>
>> ok re that afternoon.
>>
>> We need you to send us *now* the "screenshot" the defendant showed to the Judge at the PI hearing. It is a small ask. Not producing what Defendant called crucial evidence at the PI hearing is itself dubious.
>>
>> It is a fake screenshot, isn't it.
>>
>> Stalling for the sake of stalling is not appreciated.
>>
>> On Tue, Feb 3, 2026 at 4:34 PM Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com> wrote:
>>> Anytime in the afternoon.
>>>
>>> We will address all issues during meet and confer.
>>> **Marjorie Ouyang | Founding Partner**
>>> (949) 342 8013 Direct
>>> marjorie.ouyang@aliothlaw.com
>>>
>>> **One Park Plaza, Irvine, CA 92614**
>>>
>>> 
>>>
>>> **CONFIDENTIALITY NOTICE:** The information contained in this e-mail message is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your

computer is connected. Opinions, conclusions and other information in this message that do not relate to the official business of Valley & Summit Law shall be understood as neither given, nor endorsed by it.

> On Feb 3, 2026, at 5:27 PM, Liu, Zheng <bjliuzheng@gmail.com> wrote:
>
> What time?
>
> Also, what's the reason for not producing the "screenshot" defendant showed to the Judge at the PI hearing? It is relevant to Defendant's credibility, which has been suspect at best.
>
> On Tue, Feb 3, 2026 at 4:26 PM Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com> wrote:
>> We can do next Tuesday for sure. Does that work for you?
>>
>> **Marjorie Ouyang | Founding Partner**
>> (949) 342 8013 Direct
>> marjorie.ouyang@aliothlaw.com
>>
>> **One Park Plaza, Irvine, CA 92614**
>>
>> 
>>
>> **CONFIDENTIALITY NOTICE:** The information contained in this e-mail message is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Opinions, conclusions and other information in this message that do not relate to the official business of Valley & Summit Law shall be understood as neither given, nor endorsed by it.
>>
>>> On Feb 3, 2026, at 5:02 PM, Liu, Zheng <bjliuzheng@gmail.com> wrote:
>>>
>>> Counsel,
>>>
>>> We need to meet and confer about Defendant's deficient responses. When are you available? I proposed this or next week.
>>>
>>> Otherwise, we will have to move to compel.
>>>
>>> On Tue, Jan 27, 2026 at 11:09 PM Liu, Zheng <bjliuzheng@gmail.com> wrote:
>>>> Counsel,
>>>>
>>>> We need to meet and confer about Defendant's deficient responses. When are you available? I proposed this or next week.
>>>>
>>>> Otherwise, we will have to move to compel.
>>>>
>>>> 
>>>>
>>>> **Zheng "Andy" Liu**
>>>> Attorney / **Aptum Law**
>>>> **A:** 1660 South Amphlett Blvd., Suite 315, San Mateo, CA 94402
>>>> **P:** (650) 475-6289
>>>> **E:** Andy.Liu@aptumlaw.us    **W:** www.aptumlaw.us
>>>>
>>>> On Tue, Jan 20, 2026 at 11:59 PM Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com> wrote:
>>>>> **Marjorie Ouyang | Founding Partner**
>>>>> (949) 342 8013 Direct
>>>>> marjorie.ouyang@aliothlaw.com

One Park Plaza, Irvine, CA 92614

**CONFIDENTIALITY NOTICE:** The information contained in this e-mail message is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Opinions, conclusions and other information in this message that do not relate to the official business of Valley & Summit Law shall be understood as neither given, nor endorsed by it.

> On Jan 20, 2026, at 11:58 PM, Thomas Huang <thomas.huang@valleysummitlaw.com> wrote:
>
> Counsel,
>
> Attached please find Defendant's Responses to Plaintiff's Requests for Admission (First Set), Responses to Plaintiff's Requests for Production (First Set), Responses to Plaintiff's Special Interrogatories (First Set), as well as Defendant's Production of Documents responsive to Plaintiff's Requests for Production.
>
> Please let us know if you have any questions.
>
> Best regards,
>
> **Thomas Huang** | Law Clerk
> On behalf of Marjorie Ouyang
> *Pronouns: he, him, his*
> **Valley & Summit Law**
> 1 Park Plaza, Suite 600, Irvine, CA 92614
>  www.valleysummitlaw.com | thomas.huang@valleysummitlaw.com
>
> 
>
> This email and any attachments may contain confidential information intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, please notify the sender immediately and delete this email.
>
> > 发件人: Liu, Zheng <bjliuzheng@gmail.com>
> > 日期: 星期六, 2026年1月10日 10:46
> > 收件人: Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
> > 抄送: hkoscarlam <hkoscarlam@gmail.com>, thomas.huang@valleysummitlaw.com <th

omas.huang@valleysummitlaw.com>
主题: Re: Discovery Requests—Tang v. Schedule A (25-cv-1850-CCW)

will do.

On Sat, Jan 10, 2026 at 10:35 AM Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com> wrote:

> Counsel,
>
> Please cc Thomas from now on.
>
> **Marjorie Ouyang | Founding Partner**
> (949) 342 8013 Direct
> marjorie.ouyang@aliothlaw.com
>
> **One Park Plaza, Irvine, CA 92614**
>
> 
>
> **CONFIDENTIALITY NOTICE:** The information contained in this e-mail message is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Opinions, conclusions and other information in this message that do not relate to the official business of Valley & Summit Law shall be understood as neither given, nor endorsed by it.
>
>> On Jan 10, 2026, at 12:17 AM, hkoscarlam <hkoscarlam@gmail.com> wrote:
>>
>> Good evening Counsel,
>>
>> Attached please find Plaintiff's second set of Discovery Requests.
>>
>> Thank you,
>>
>> Oscar Lam
>> Clerk for Attorney Zheng "Andy" Liu | CA Process Server |
>> Aptum Law

626.550.7922 | 1660 S. Amphlett Blvd. Ste. 315, San Mateo, California