# EXHIBIT B

 

Andy Liu &lt;bjliuzheng@gmail.com&gt;

## Service of Defendant's First Set of Discovery Requests

**Thomas Huang** &lt;thomas.huang@valleysummitlaw.com&gt;  Mon, Feb 2, 2026 at 6:50 PM
To: "Andy.Liu@AptumLaw.us" &lt;Andy.Liu@aptumlaw.us&gt;
Cc: Marjorie Ouyang &lt;marjorie.ouyang@valleysummitlaw.com&gt;, "Liu, Zheng" &lt;bjliuzheng@gmail.com&gt;, hkoscarlam &lt;hkoscarlam@gmail.com&gt;

Good evening Counsel,

Attached please find Defendant's Second Set of Discovery Requests.

I also mailed the copies to the address below:

Zheng "Andy" Liu
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402

Thank you,

**Thomas Huang** | Law Clerk
*Pronouns: he, him, his*
**Valley & Summit Law**
1 Park Plaza, Suite 600, Irvine, CA 92614
+1 909-248-4522
 www.valleysummitlaw.com | thomas.huang@valleysummitlaw.com



This email and any attachments may contain confidential information intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, please notify the sender immediately and delete this email.
[Quoted text hidden]

**3 attachments**


**D Resp to P RFA Set Two.pdf**
110K

**D Resp to P RFP Set Two.pdf**
147K


**D Resp to P SROG Set Two.pdf**
147K