IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIE TANG,<br><br>  Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>  Defendants. | Civil Case No.: 2:25-cv-01850 |

**PLAINTIFF'S EVIDENTIARY OBJECTIONS**

The table below contains assertions of fact that are supported by inadequate or inadmissible documents or that are otherwise inadmissible. By including conclusory statements as though they are factually corroborated, Defendants essentially ask the court to accept their assertions as fact, despite having provided no evidence for them. Plaintiff objects to the following statements for that reason.

| Citation | Statement in Declaration | Evidentiary Objection |
|---|---|---|
| Page 1, line 11 through Page 2, line 7. | "Based on my personal involvement in Defendant's product development and launch activities, Defendant completed the creation of the designs used on the Florida State Stadium Crewneck Sweatshirt and the Penn State Stadium Crewneck Sweatshirt at issue in this case and publicly listed these two products for sale on its Tapather storefront in August 2023. As reflected in Defendant's backend publication and order records, both | Lacks personal knowledge, speculation; lack of foundation (including authentication); FRE 602<br>Declarant does not state that she personally retrieved the "backend |

1

|  | products were made available for purchase and were sold to customers beginning in August 2023. These events occurred well before Plaintiff applied for copyright registration, obtained a copyright registration, or began offering products bearing the same designs for sale, as described in Plaintiffs submissions. As described further below, Defendant's backend publication and order records reflect these dates and related sales activity." | publication and order records," nor that copies she's offering were true and correct copies.<br><br>The backend publication and order records have not been authenticated and Defendants have not submitted evidence that would otherwise meaningfully prove that the sales records have not been modified after they were created. |
|---|---|---|
| Page 2, lines 8 through 13. | "In addition, beginning in approximately September through October 2023, I observed multiple third-party sellers offering apparel products online that were visually identical or nearly identical to Defendant's designs. Based on the timing and appearance of such products in the marketplace, Defendant believes that its designs were copied by other sellers, notwithstanding the fact that Defendant did not register a copyright for those designs." | <u>Best evidence Rule; FRE 1002</u><br><br>Declarant claims that apparel products having "identical or nearly identical to Defendant's designs" existed in 2023 without showing those allegedly identical designs.<br><br><u>FRE 608</u><br>Declarant has a low credibility, having testified falsely at the January 6, 2026 |

2

| | | preliminary injunction hearin*g*. |
|---|---|---|
| Page 2, lines 15 through 21. | "With respect to the Tapather storefront, records maintained in the Shoplazza backend system — the third-party e-commerce platform used by Defendant to manage its independent storefronts—reflect that the Penn State Stadium Crewneck Sweatshirt was published on the Tapather storefront at 22:46:37 (UTC+8, China Standard Time) on August 24, 2023, and that the Florida State Stadium Crewneck Sweatshirt was published on the Tapather storefront at 00:48:48 (UTC+8, China Standard Time) on August 25, 2023. Screenshots of these backend publication records are attached as Exhibit A." | <u>Lacks personal knowledge; lack of foundation; FRE 602</u> Declarant lacks personal knowledge of the Shoplazza backend system records. No foundation has been established for the authenticity of the screenshots or the underlying data.<br><br><u>FRE 608</u><br>Declarant has a low credibility, having testified falsely at the January 6, 2026 preliminary injunction hearin*g*. |
| Page 2, line 22 through Page 3, Lin 6 | "In addition, backend order records maintained through the Shoplazza platform reflect that the products identified by Plaintiff were first ordered by customers in August 2023. Specifically, the earliest recorded customer order for the Penn State Stadium Crewneck Sweatshirt was placed on August 26, 2023, and the earliest recorded customer order for the Florida State Stadium Crewneck Sweatshirt was placed on August 28, 2023. These backend timestamps confirm that the products were publicly listed and available for purchase well before Plaintiff sought emergency injunctive relief in this action. Screenshots of the corresponding backend order records are | <u>Lacks personal knowledge; lack of foundation; FRE 602</u><br><br>Declarant does not state that she personally retrieved the "backend publication and order records," nor that copies she's offering were true and correct copies.<br><br>The backend |

3

|  | attached as Exhibit B."" | publication and order records have not been authenticated and Defendants have not submitted evidence that would otherwise meaningfully prove that the sales records have not been modified after they were created.<br><br>FRE 608<br>Declarant has a low credibility, having testified falsely at the January 6, 2026 preliminary injunction hearin*g.* |
|---|---|---|
| Page 3, lines 7 through 11. | "Backend order records maintained through Shoplazza further reflect that sales of the Penn State Stadium Crewneck Sweatshirt through the Tapather storefront totaled twenty-six (26) orders during the period from 2023 through 2025, consisting of twenty-four (24) orders in 2023, one (1) order in 2024, and one (1) order in 2025. Screenshots of these order records are attached as Exhibit C." | **SAME OBJECTIONS AS RAISED ABOVE** |
| Page 3, lines 12 through 15. | "The same backend order records reflect that sales of the Florida State Stadium Crewneck Sweatshirt through the Tapather storefront totaled thirty-one (31) orders during the same period, consisting of twenty-nine (29) orders in 2023, one (1) order in 2024, and one (1) order in 2025. Screenshots of these order records are attached as Exhibit D." | **SAME OBJECTIONS AS RAISED ABOVE** |
| Page 3, lines 17 | "With respect to the GiftyHubs storefront, Shoplazza backend order records reflect that | **SAME OBJECTIONS AS RAISED ABOVE** |

| | | |
|---|---|---|
| through 19. | there were no sales of the Penn State Stadium Crewneck Sweatshirt from 2023 through 2025. Screenshots of these records are attached as Exhibit E." | |
| Page 3, lines 20 through 22. | "The same backend order records reflect that there were no sales of the Florida State Stadium Crewneck Sweatshirt from 2023 through 2024, and that only two (2) orders of that product were made in 2025. Screenshots of these records are attached as Exhibit F." | **SAME OBJECTIONS AS RAISED ABOVE** |
| Page 3, lines 23 through Page 4, line 1. | "These figures reflect the entirety of Defendant's sales of the identified products during the relevant period." | **SAME OBJECTIONS AS RAISED ABOVE** |
| Exhibit A | Screenshots of backend publication records showing publication dates for products on Tapather storefront. | Lack of foundation; lack of authentication; FRE 602 No foundation has been laid for the authenticity of the screenshots or the underlying backend system data. The screenshots could be manipulated or fabricated. FRE 608 Declarant has a low credibility, having testified falsely at the January 6, 2026 preliminary injunction hearin*g*. |
| Exhibit B | Screenshots of backend order records showing earliest customer orders. | **SAME OBJECTIONS AS RAISED ABOVE** |
| Exhibit C | Screenshots of order records for Penn State Stadium Crewneck Sweatshirt sales through | **SAME OBJECTIONS AS RAISED ABOVE** |

5

|  | Tapather storefront. |  |
|---|---|---|
| Exhibit D | Screenshots of order records for Florida State Stadium Crewneck Sweatshirt sales through Tapather storefront. | **SAME OBJECTIONS AS RAISED ABOVE** |
| Exhibit E | Screenshots of GiftyHubs storefront records showing no sales of Penn State Stadium Crewneck Sweatshirt. | **SAME OBJECTIONS AS RAISED ABOVE** |
| Exhibit F | Screenshots of GiftyHubs storefront records for Florida State Stadium Crewneck Sweatshirt. | **SAME OBJECTIONS AS RAISED ABOVE** |

Date: February 10, 2026                    Respectfully submitted,


                                           ____/s/ Zheng "Andy" Liu_____
                                           Zheng "Andy" Liu (CBN 279327)
                                           Aptum Law
                                           1660 S Amphlett Blvd Suite 315
                                           San Mateo, CA 94402
                                           Email: Andy.Liu@AptumLaw.us
                                           Phone: 650-475-6289

                                           *Attorneys for Plaintiff*