# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-521-593**

**Effective Date of Registration:**
December 04, 2023
**Registration Decision Date:**
March 19, 2024

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

| | |
|---|---|
| **Title of Group:** | Rugby field and 9 Other Unpublished Works |
| **Content Title:** | Rugby field |
| | Rugby field 1 |
| | Rugby field 2 |
| | Rugby field 3 |
| | Rugby field 4 |
| | Rugby field 5 |
| | Rugby field 6 |
| | Rugby field 7 |
| | Rugby field 8 |
| | Rugby field 9 |

### Completion/Publication

**Year of Completion:** 2023

### Author

| | |
|---|---|
| **Author:** | JIE TANG |
| **Author Created:** | 2 Dimensional Artwork |
| **Citizen of:** | China |
| **Domiciled in:** | China |

### Copyright Claimant

**Copyright Claimant:** JIE TANG
No. 25, Dongzheng Village, Heliu Comm., Xianzong Town, Hanshan County, Ma'anshan,Anhui, 238100, China

## Rights and Permissions

**Organization Name:** WANGO HOLDINGS LIMITED
**Address:** Room 1003, 10/F, Building 1, Lippo Centre, 89 Queensway, Hong Kong 999077 China

## Certification

**Name:** Jie Tang
**Date:** December 04, 2023
**Applicant's Tracking Number:** Rugby field

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.





DOAK S. CAMPBELL STADIUM

Tallahassee, Florida