## SCHEDULE A DEFENDANTS IDENTIFICATION

| No. | Defendant | Identification | Legal Entity Name |
|---|---|---|---|
| 1 | Tapather | **Emilyma Limited** — Balance Sheet As At 31 January 2025. Registered number: 13145109. Current assets: 658 (2025), 658 (2024). Creditors: Amounts Falling Due Within One Year: (16,983) / (16,915). NET CURRENT LIABILITIES: (16,325) / (16,257). TOTAL ASSETS LESS CURRENT LIABILITIES: (16,325) / (16,257). Accruals and deferred income: (1,080) / (1,080). NET LIABILITIES: (17,405) / (17,337). CAPITAL AND RESERVES: (17,405) / (17,337). Notes: 1. General Information — Emilyma Limited is a private company, limited by shares, incorporated in England & Wales, registered number 13145109. The registered office is Think Tank 5b, Great West Road, Brentford, TW8 9AG. 2. Average Number of Employees — Average number of employees, including directors, during the year was: 2 (2024: 2). For the year ending 31 January 2025 the company was entitled to exemption from audit under section 477 of the Companies Act 2006 relating to small companies. The members have not required the company to obtain an audit in accordance with section 476 of the Companies Act 2006. The directors acknowledge their responsibilities for complying with the requirements of the Act with respect to accounting records and the preparation of accounts. These accounts have been prepared in accordance with the micro-entity provisions and delivered in accordance with the provisions applicable to companies subject to the small companies regime. On behalf of the board. Mr Zhou Yuhong, Director. 3 September 2025. | Emilyma Limited |
| 2 | Tapather.com | Companies House — **IN01(ef)** Application to register a company. Received for filing in Electronic Format on the: 23/07/2025. XE7FJXUQ. Company Name in full: **NEXTSUSS LIMITED**. Company Type: Private company limited by shares. Situation of Registered Office: England and Wales. Proposed Registered Office Address: 167-169 GREAT PORTLAND STREET, 5TH FLOOR, LONDON, ENGLAND W1W 5PF. Sic Codes: 47910, 82990, 73200. | Nextsuss Limited |