## SCHEDULE A

| No. | Defendant | URL | Platform |
|---|---|---|---|
| 1 | Tapather | https://www.giftyhubs.com/products/florida-state-stadium-crewneck-sweatshirt?cfb=0563d304-6338-4f80-aa25-afb03203ca94&ifb=0563d304-6338-4f80-aa25-afb03203ca94&scm=search.v39.101.102.103.104&score=0.5&ssp=<br><br>https://www.giftyhubs.com/products/penn-state-stadium-crewneck-sweatshirt?cfb=0563d304-6338-4f80-aa25-afb03203ca94&ifb=0563d304-6338-4f80-aa25-afb03203ca94&scm=search.v39.101.102.103.104&score=1&ssp= | Giftyhubs |
| 2 | Tapather.com | https://www.tapather.com/products/penn-state-stadium-crewneck-sweatshirt?cfb=a45783a9-80b3-4352-968a-f8f3b16d4d62&ifb=a45783a9-80b3-4352-968a-f8f3b16d4d62<br><br>https://www.tapather.com/products/florida-state-stadium-crewneck-sweatshirt?cfb=a76215a2-ebfc-49f9-a571-dd5833f95fc7&ifb=a76215a2-ebfc-49f9-a571-dd5833f95fc7&scm=search.v39.101.954.103.104&score=0.3333333333333333&ssp=&spm=..search.search_1.3 | Defendant's Website |