# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Tang )
)
)
)
Plaintiff(s) )
v. )
) Civil Action No. 2:25-cv-01850
Schedule A Defendants )
)
)
)
Defendant(s) )

## NOTICE OF ADR SESSION

The  Mediation  session is scheduled in the above captioned matter for (date) April 1, 20 26 at 11 am. The session will be held at  at Behrend & Ernsberger, P.C. over Zoom.

Attendance of the parties and principals will be in accordance with the Court's Alternative Dispute Resolution Policies and Procedures.

Date: 2/25/26    Signature of Neutral: [signature]

200609