IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIE TANG,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LONGYAN BLUE WHALE INFORMATION CO. LTD**,**<br><br><br>　　　　　　Defendants. | Civil Case No.: 2:25-cv-01850-CCW |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties and /or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice with respect to all plaintiff's claims and defendant's counter claims, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party bears its own attorney's fees and costs

| /s/ | /s/ Marjorie Ouyang |
|---|---|
| *Signature of Plaintiffs' counsel* | *Signature of Defendant's counsel* |
| Zheng Liu<br>1660 S Amphlett Blvd Suite 315<br>San Mateo, CA 94402<br>Tel.: (650) 475-6289<br>Email: Andy.Liu@AptumLaw.us | Marjorie Ouyang<br>1 Park Plaza, Suite 600<br>Irvine, CA 92641<br>Tel.: (949) 342-8013<br>Email: marjorie.ouyang@valleysummitlaw.com |
| *Attorney for Plaintiffs Akiko Ida and Y.I.* | *Attorney for Defendant Longyan Blue Whale Information Co. Ltd* |
| Dated: March 10, 2026 | Dated: March 10, 2026 |