IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIE TANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LONGYAN BLUE WHALE<br>INFORMATION CO. LTD**.,**<br><br><br>　　　　　Defendant. | Civil Case No.: 2:25-cv-01850-CCW |

**PLAINTIFF'S MOTION FOR ORDER TO RELEASE INJUNCTION BOND**

Under the Court's December 12, 2025 Temporary Restraining Order (Dkt. 24) and January 6, 2026 Preliminary Injunction (Dkt. 47), Plaintiff posted a $5,000 injunction bond with the Court.

On March 10, 2026, Plaintiff and Defendant stipulated to dismiss all claims pending in this case, with prejudice, under Rule 41 (Dkt. 70); thus, the Court is respectfully requested to release the TRO Bond. A Proposed Order is concurrently filed.

///

///

///

///

1

Date: March 11, 2026                                                  Respectfully submitted,


                                                                                          /s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CBN 279327)
Aptum Law
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*