## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JIE TANG,

               Plaintiff,

    v.

LONGYAN BLUE WHALE
INFORMATION CO. LTD**.,**

           Defendant.

Civil Case No.: 2:25-cv-01850-CCW

**[PROPOSED]**

**ORDER RELEASING PLAINTIFF'S INJUNCTION BOND**

Under the Court's December 12, 2025 Temporary Restraining Order (Dkt. 24) and January 6, 2026 Preliminary Injunction (Dkt. 47), Plaintiff posted a $5,000 injunction bond with the Court.

Plaintiff and Defendant having stipulated to dismiss all claims pending in this case with prejudice (Dkt. 70); the Court orders that the bond money be released to the Plaintiff's Counsel at the following address:

Zheng Liu
Counsel for Plaintiff Jie Tang
750 Alma Lane #8244
Foster City, CA 94404.

///

1

Date: March 11, 2026

_____
Christy Criswell Wiegand
United States District Judge